FILED

10/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0409

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0409

WILLIAM CLARK,

      Petitioner and Appellant,

  v.

STATE OF MONTANA,

      Respondent and Appellee.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including December 4, 2024, within which to prepare, file, and serve the State's response brief.

CL

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 25 2024